**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00838-REB-MJW

WILLIAM K. LAMBOOY,

      Plaintiff,

v.

DAVID A. KRAFT & ASSOCIATES, LLC, a Missouri limited liability company, and
HUNTER WARFIELD, INC., a Maryland corporation,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Unopposed Motion To Dismiss With Prejudice** [#7][1] filed July 2, 2012. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss With Prejudice** [#7] filed July 2, 2012, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 2, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#7]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.